FILED
FEB 2 2 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUVASIVE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MADSEN MEDICAL, INC., et al.,<br><br>Defendants. | Case No.:  13cv2077 BTM(RBB)<br><br>**VERDICT** |
| MADSEN MEDICAL, INC., a Nevada corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>NUVASIVE, INC., a Delaware corporation,<br><br>Counterdefendant. | |

We, the jury in the above-captioned case return the following unanimous verdict:

1. Madsen Medical, Inc. ("MMI") __HAS__ proved by clear and
   (has/has not)

convincing evidence that NuVasive, Inc. ("NuVasive") is liable to it for punitive damages.

*If you found that NuVasive is liable for punitive damages, proceed to 2. Otherwise, proceed to the end of the form and sign and date it.*

2. We award $ 20 million ~~~~ in punitive damages to MMI from NuVasive.

**SO SAY WE ALL.**

Dated: 2/22/2016
San Diego, California                    _[signature]_
                                         Foreperson of the Jury