# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUVASIVE, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>  v.<br><br>MADSEN MEDICAL, INC., a Nevada corporation; KRIS MADSEN, an individual residing in Nevada; and DOES 1-10, inclusive,<br><br>                    Defendants.<br><br>MADSEN MEDICAL, INC., a Nevada corporation,<br><br>                  Counterclaimant,<br><br>  v.<br><br>NUVASIVE, INC., a Delaware corporation,<br><br>                  Counterdefendant. | Case No.: 13cv2077 BTM(RBB)<br><br>**JUDGMENT** |

    The jury in this case having returned the following verdict in favor of Madsen Medical, Inc., and against NuVasive, Inc.:

    1.  $294,805.14 in damages for breach of contract;

    2.  $7.5 million as damages for intentional interference with contractual relations, intentional interference with prospective economic advantage, and/or unfair competition; and

1     3. $20 million as punitive damages;

2 the Court hereby enters judgment in favor of Madsen Medical, Inc., and against

3 NuVasive, Inc., in the amount of $27,794,805.14.

5 **IT IS SO ORDERED.**

6  Dated:  March 18, 2016

*/s/ Barry Ted Moskowitz*
Barry Ted Moskowitz, Chief Judge
United States District Court